# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JARVIN O'NEAL NASH, | Case No. EDCV 19-01286-FMO(AS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DEAN BORDER, Warden, | |
| Respondent. | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 23, 2019

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE